# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                                                    CASE NO. 4:02-CR-45-04 SPM

KENO THOMPSON

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By:_____Keno Thompson #11816-017_____ (Payee)
Address:   FCI, Yazoo City Medium
             PO Box 47
             Yazoo City, MS 39194

Receipt Number_802-108989-35_____     Date of Receipt ____11/09/05_____

Motion: N/A

Explanation: A review of the payment records for Mr. Thompson indicates an overpayment of $100.00. According to the court dockets and financial records, Mr. Thompson does not owe any additional money and should be reimbursed $100.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___*s/Philip Detweiler*_____
                Philip Detweiler, Financial Specialist        Date: December 19, 2005

---

## ORDER OF COURT

It is ORDERED this 20th day of December, 2005, that the Clerk refund the identified funds to the payee.

APPROVED_____X_____

DENIED_____                      *s/ Stephan P. Mickle*
                                                                STEPHAN P. MICKLE
                                                         UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99