IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                       CASE NO.  4:02-CR-045-SPM

**KENO THOMPSON,**

    **Defendant.**

_____/

**ORDER REDUCING SENTENCE PURSUANT TO RULE 35**

**THIS CAUSE** comes before the Court upon the "In Camera Motion Concerning Substantial Assistance" (doc. 242) filed by the Government on September 30, 2005, which advises that Defendant's cooperation, provided after sentencing, led to the indictment, prosecution, and conviction of Richard Hall. Thompson testified at Hall's trial, and the Government suggests that Defendant was an important witness who provided truthful and complete testimony in the case.

The Court finds that a reduction is proper to reward Defendant's substantial assistance in the prosecution of others.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's sentence of confinement is reduced from 75 months

imprisonment to **55 months** imprisonment.

3. In all other respects, the original sentence imposed in the Judgment and Commitment Order of August 9, 2004 (doc. 153) shall remain unchanged.

4. The request for a hearing (doc. 243) is denied as moot.

**DONE AND ORDERED** this twenty-ninth day of March, 2006.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge

/pao