IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                                                   CASE NO.  4:02-CR-045-SPM

**KENO THOMPSON,**

      Defendant.

_____/

**ORDER PERMITTING LATE OBJECTIONS TO BE FILED**

**THIS CAUSE** comes before the Court upon the "Motion for Extension of Time to File Notice of Appeal" (doc. 275) filed June 29, 2006, in which Defendant requests to file his objections to the magistrate's report and recommendation (doc. 272) past the July 9, 2006 deadline.  As grounds, Defendant states that he learned via a phone conversation with the clerk's office that the report had been issued, although he never received a copy.

While the Court finds an extension to be reasonable, the 60 days requested by Defendant is more than the fifteen days allotted by the report and recommendation.  It is therefore

**ORDERED AND ADJUDGED** as follows:

    1.      The motion for extension of time (doc. 275 is hereby *granted* in

part.

2. The clerk shall attach a copy of the magistrate's report and recommendation (doc. 272) to Defendant's copy of this order.

3. Defendant shall have up to and including *July 24, 2006* to file objections to the report and recommendation.

**DONE AND ORDERED** this fifth day of July, 2006.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge