IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                            CASE NO.  4:02-CR-045-SPM

**KENO THOMPSON,**

      Defendant.

_____/

ORDER OVERRULING OBJECTIONS AND READOPTING
REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the "Response to Magistrate's Report and Recommendation Doc #:272" (doc. 277) filed July 17, 2006.  This Court previously adopted the report and recommendation and denied Defendant's § 2255 motion (*see* doc. 273).  Defendant then filed a motion for extension of time in which to file objections, stating that he never received a copy of the report and recommendation.  With leave of court, Defendant now files his objections, which I have reviewed *de novo*.

Calculation of jail time credit lies within the province of the Bureau of Prisons and is not computed by the Court.  If Defendant takes issue with the manner in which BOP has structured his sentence, he may file a petition for writ

of mandamus, but such complaints are not properly heard in objections to the report and recommendation.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's objections (doc. 277) are overruled.

2. The magistrate judge's report and recommendation (doc. 272) is readopted and incorporated by reference in this order.

**DONE AND ORDERED** this <u>nineteenth</u> day of July, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge